UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**SOELECT, INC.,**

    **Plaintiff,**

v.                                         Case No. 1:22-cv-01342
                                              Honorable Jeremy C. Daniel

**HYUNDAI AMERICA TECHNICAL CENTER, INC.,**

    **Defendant.**

## JOINT STATUS REPORT

In accordance with the Court's June 10, 2024, Order (Dkt. 156), Plaintiff Soelect, Inc., ("Plaintiff"), and Defendant Hyundai America Technical Center, Inc. ("Defendant"), submit the following Joint Status Report:

1. Following the Court's June 10, 2024, Order, counsel for the parties met and conferred regarding the issues identified in the Order.

2. Of the dates identified by the Court, the parties and the relevant witnesses are only available for trial during the week of November 18, 2024.

3. The parties anticipate that the trial should take approximately four days.

Dated: July 12, 2024                                Respectfully submitted,

/s/Christopher D. Smith
Benjamin L. Bailey (*pro hac vice*)
Eric B. Snyder
Christopher D. Smith (*admitted pro hac vice*)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
bbailey@baileyglasser.com

esnyder@baileyglasser.com
csmith@baileyglasser.com

Patrick O. Muench (IL #6290298)
Bailey & Glasser, LLP
318 W. Adams, Suite 1606
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (314) 863-5483
pmuench@baileyglasser.com

    *Counsel for Soelect, Inc.*


/s/Matthew W. Walch
Gary S. Feinerman (Bar No. 6206906)
Matthew W. Walch (Bar No. 6226308)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
gary.feinerman@lw.com
matthew.walch@lw.com

    *Counsel for Hyundai America Technical Center, Inc.*

.