## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Soelect, Inc.

                              Plaintiff,

v.                                         Case No.: 1:22−cv−01342
                                                     Honorable Jeremy C. Daniel

Hyundai America Technical Center, Inc.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Jury Trial set for 11/18/2024 at 10:00 a.m. Motions in limine are due by 10/7/2024; Responses and the final pretrial order are due by 10/21/2024. Final Pretrial Conference set for 11/12/2024 at 10:00 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.